UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA L. WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-03013-SEB-MJD ) |
| PETER KIM M.D., SOUTHEAST HEALTH CENTER, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

The Court having this day made its Entry directing the entry of final judgment, this action is dismissed without prejudice.

IT IS SO ORDERED.

Date: 12/14/2020

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BRENDA L. WHITE
4141 N. Ridgeview Drive
Indianapolis, IN 46226